CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 08-0122 (JDB) |
| | ) | |
| ROYAL RICHARDSON | ) | Category   B |
| | ) | |

### REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>July 31, 2008</u> from <u>Judge John D. Bates</u>

to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Bates</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk